Robyn M. Rebers, OSB #03430
robyn@mcginty-belcher.com
McGinty & Belcher, Attorneys
P.O. Box 12806
Salem, OR 97309-0806
Tel.: (503) 371-9636
Fax: (503) 371-2879
Attorneys for Plaintiff

FILED '10 NOV 22 12:15 USDC-ORE

# UNITED STATES DISTRICT COURT

## THE DISTRICT OF OREGON

DONNA ANDERSON,

          Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner, Social Security,

          Defendant.

Civil Action No. 10-6173-HO

ORDER OF DISMISSAL

Based upon Plaintiff's unopposed Motion to Voluntarily Dismiss Complaint, this matter is hereby DISMISSED.

IT IS SO ORDERED.

Dated this  21st  day of  Nov. , 2010.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE